Case 9:18-cr-80203-RLR Document 2 Entered on FLSD Docket 10/17/2018 Page 1 of 7

Filed by TB D.C.
Oct 17, 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. __18-80203-CR-ROSENBERG/REINHART__

18 U.S.C. § 371

UNITED STATES OF AMERICA

vs.

ROBERT FERDINAND DELUCA,

      Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

#### The Medicare Program

1. The Medicare Program (Medicare) was a federally funded program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. The benefits available under Medicare were governed by federal statutes and regulations. The United States Department of Health and Human Services (HHS), through its agency, the Centers for Medicare and Medicaid Services (CMS), oversaw and administered Medicare. Individuals who received benefits under Medicare were commonly referred to as Medicare "beneficiaries."

#### The Medicaid Program

2. The Medicaid Program (Medicaid) was a jointly funded program between federal and state governments that provided assistance and healthcare coverage for categories of individuals whose income and resources were insufficient to meet the costs of medical services. The Florida Medicaid Program was authorized by Chapter 409, Florida Statutes, and Chapter 59G,

1

Florida Administrative Code. Medicaid was administered by CMS and the State of Florida Agency for Health Care Administration (ACHA).

3. Medicare and Medicare were "Federal health care benefit programs," as defined by Title 48, United States Code, Section 1320a-7b(f).

### The Defendant and a Related Company

4. Robert F. De Luca, M.D., P.A, d/b/a Pain Center of Palm Beach (PCPB), a Florida corporation, located at 6225 Lake Worth Road, Suite #30, Lake Worth, Florida, purportedly treated patients, including Medicare and Medicaid beneficiaries, for pain with prescriptions for Schedule II substances.

5. **ROBERT FERDINAND DELUCA** was a licensed medical doctor in the State of Florida and the owner and medical director of PCPB.

### Conspiracy to Receive Health Care Kickbacks
### (18.U.S.C. § 371)

From in or around June 2015, through in or around September 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERT FERDINAND DELUCA,**

did willfully, that is, with intent to further object of the conspiracy, and knowingly combine, conspire, confederate and agree with others known and unknown to the United States Attorney, to commit an offense against the United States, that is, to violate Title 42, United States Codes, Section 1320a-7b(b)(1)(B), by knowingly and willfully soliciting and receiving remuneration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, in return for purchasing, leasing, and ordering and arranging for and recommending purchasing, leasing, and ordering, any good, facility, service, and item for which payment may be made in whole and in part under a federal health care program, that is, Medicare and Medicaid.

## Purpose of the Conspiracy

6. It was the purpose of the conspiracy for the defendant and his co-conspirators to unlawfully enrich themselves by: (1) accepting kickbacks and bribes from co-conspirators for arranging the authorization of prescriptions for scheduled drugs that would serve as the basis of claims filed by pharmacies for these drugs; and (2) causing the submission of claims to Medicare and Medicaid for prescription drugs that the defendant purported to provide to the co-conspirators.

## Manner and Means of the Conspiracy

The manner and means by which the defendant and his co-conspirators sought to accomplish the object and purpose of the conspiracy included, among others, the following:

7. **ROBERT FERDINAND DELUCA** accepted cash payments from J.V., J.A., N.T., X.J., and others for writing prescriptions for controlled substances.

8. **ROBERT FERDINAND DELUCA**, J.V., J.A., N.T., X.J., and others caused pharmacies to submit claims to Medicare and Medicaid for filling prescriptions for controlled substances.

9. **ROBERT FERDINAND DELUCA**, J.V., J.A., N.T., X.J., and others caused Medicare and Medicaid to pay pharmacies based upon the prescription drugs provided to the co-conspirators.

## Overt Acts

In furtherance of the conspiracy, and to accomplish its object and purpose, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, at least one of the following overt acts, among others:

1. In or around June 2015, at PCPB, **ROBERT FERDINAND DELUCA** received $250 from J.V. for an office visit. One purpose of the remuneration was for J.V. to obtain prescriptions for Scheduled II drugs.

2. In or around July 2016, at PCPB, **ROBERT FERDINAND DELUCA** received $250 from J.A. for an office visit. One purpose of the remuneration was for J.A. to obtain prescriptions for Scheduled II drugs.

3. In or around July 2016, at PCPB, **ROBERT FERDINAND DELUCA** received $250 from N.T. for an office visit. One purpose of the remuneration was for N.T. to obtain prescriptions for Scheduled II drugs.

4. In or around August 2016, at PCPB, **ROBERT FERDINAND DELUCA** received $250 from X.J. for an office visit. One purpose of the remuneration was for X.J. to obtain prescriptions for Scheduled II drugs.

All in violation of Title 18, United States Code, Section 371.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

MICHAEL E. GILFARB
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ROBERT FERDINAND DELUCA,

          **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| ___ Miami | ___ Key West | | |
| ___ FTL | _X_ WPB | ___ FTP | |

New Defendant(s)     Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    NO
   List language and/or dialect    _____

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   
   | | | |
   |---|---|---|
   | I | 0 to 5 days | _X_ |
   | II | 6 to 10 days | ___ |
   | III | 11 to 20 days | ___ |
   | IV | 21 to 60 days | ___ |
   | V | 61 days and over | ___ |

   (Check only one)
   
   | | |
   |---|---|
   | Petty | ___ |
   | Minor | ___ |
   | Misdem. | ___ |
   | Felony | _X_ |

6. Has this case been previously filed in this District Court? (Yes or No)   NO
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)    NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ___    No _X_

                                        _____
                                        MICHAEL E. GILFARB
                                        ASSISTANT UNITED STATES ATTORNEY
                                        FL Bar No.957836

*Penalty Sheet(s) attached                                                                                                                            REV 5/3/17

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** ROBERT FERDINAND DELUCA

**Case No:** _____

Count #: 1

Conspiracy to Receive Health Care Kickbacks

Title 18, United States Code, Section 371

**\*Max. Penalty:**     Five (5) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| Robert Ferdinand DeLuca, | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*